# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LYNN GREENSTEIN,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:10-cv-1026-Orl-22DAB**

**MAL-MOTELS, INC and MOHAMMAD MALIK,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion to Approve FLSA Settlement (Doc. No. 25) filed on February 14, 2011.

The United States Magistrate Judge has submitted a report recommending that the Court find that the settlement is a fair and reasonable compromise of a bona fide dispute under the FLSA.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed February 16, 2011 (Doc. No. 26) is ADOPTED and CONFIRMED and made a part of this Order.

2.	Plaintiff's Motion to Approve FLSA Settlement (Doc. No. 25) is GRANTED in part. The Court finds that the settlement is a fair and reasonable compromise of a bona fide dispute under the FLSA.

3.	The parties shall confer in a good faith effort to resolve the amount of attorney's fees to be paid. If not resolved, Plaintiff shall file her fully supported Motion for Award of Attorney's Fees no later than March 25, 2011.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 4, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge