**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LYNN GREENSTEIN,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:10-cv-1026-Orl-22DAB**

**MAL-MOTELS, INC and MOHAMMAD MALIK,**

        **Defendants.**
_____

**ORDER**

This cause is before the Court on Plaintiff's Motion for Attorney Fees and Costs (Doc. No. 28) filed on March 24, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 26, 2011 (Doc. No. 30) is ADOPTED and CONFIRMED and made a part of this Order.

      2.      The Motion for Attorney Fees and Costs (Doc. No. 28) is granted in part and denied in part.

      3.      Plaintiff is hereby awarded $5,750.00 for attorney's fees.

      4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 12, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY  
United States District Judge